Samuel D. **ROSS**, Movant/Appellant,

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. 71016.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Dave Hemingway, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. Movant pled guilty to one count of first degree tampering, § 569.080, RSMo 1994, and the court sentenced him to a five year prison term. We affirm. We have reviewed the record and

---

**58**

find the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. Rule 84.16(b).